PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EP12CR2271

| SEALED: _____ | | UNSEALED __XX__ |
|---|---|---|
| COUNTY: EL PASO | DIVISION:  EL PASO | JUDGE: |
| DATE: September 26, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: EP-12-CR- | ASSISTANT U.S. ATTORNEY:  Joseph E. Blackwell | |
| DEFENDANT:   MARIO RIVAS | | DOB: XXXXXX |
| ADDRESS: XXXXXXXXXX | | |
| CITIZENSHIP: May have dual US & MX  INTERPRETER NEEDED: Unknown          LANGUAGE: | | |
| DEFENSE ATTORNEY: | | EMPLOYED ___ <br> APPOINTED ___ |
| DEFENDANT IS: <br>     ADDRESS: | | |
| DATE OF ARREST: | | BENCH WARRANT: |
| PROSECUTION BY: Indictment | | |

OFFENSE (Code and Description):
**CTS 1&2:** 21:963-CONSPIRACY TO IMPORT A CONTROLLED SUBSTANCE
**CTS 3&4:** 21:846-CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
**CT 5:** 18:924(o)-CONSPIRACY TO POSSESS FIREARMS IN FURTHERANCE OF DRUG
TRAFFICKING CRIME and AID & ABET
**CT 6:** 18:924(h)-KNOWING TRANSFER OF FIREARMS FOR USE IN DRUG TRAFFICKING CRIME
and AID & ABET

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **CTS 1-4**:  10 YRS TO LIFE/$10 MILLION/5 YR MIN MANDATORY TERM
OF SUPV RELEASE/$100 MANDATORY ASSESSMENT
**CT 5**: NOT MORE THAN 10 YRS/$250,000/NOT MORE THAN 3 YRS SUP RELEASE/$100
MANDATORY ASSESSMENT
**CT 6**: NOT MORE THAN 20 YRS/$250,000/NOT MORE THAN 3 YRS SUP RELEASE/$100
MANDATORY ASSESSMENT

PENALTY IS MANDATORY: YES (10 YEARS)

REMARKS:  DEA: CARMEN COUTINO; ATF: CURTIS WILLIAMS  Cat. 47        SWTXW-446

WDT-Cr-3